| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, CA Bar #221057 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorneys for Defendant |
| | David Agustus McGowan |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-cr-00253 DAD-BAM |
| *Plaintiff,* | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER |
| DAVID AGUSTUS McGOWAN | |
| *Defendant.* | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, David Agustus McGowan, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. McGowan currently lives in Independence, Missouri. He is currently employed at an auto parts company and it is a financial hardship for Mr. McGowan to have to miss a day of work in order to travel to Fresno for court, in addition to the expense involved with the travel.

Defense requests that Mr. McGowan's presence be waived to the extent practicable due to the financial and hardship that multiple trips to Fresno will present. Defense counsel has no difficulties in communication with Mr. McGowan.

DATED: April 22, 2019

/s/ David Agustus McGowan
DAVID AGUSTUS MCGOWAN
Defendant
(Original Signature in File)

DATED: April 22, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for DAVID AGUSTUS MCGOWAN

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **April 30, 2019**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE