PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID AGUSTUS McGOWAN,<br><br>Defendant. | CASE NO. 1:18-CR-00253-ADA-BAM<br><br>STIPULATION REGARDING VACATING TRIAL DATE; ORDER<br><br>DATE: October 24, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for trial on October 24, 2023.

2.  The parties have reached a plea agreement and the written agreement has been filed. The parties will request setting this matter for a change of plea at a mutually convenient time.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties therefore agree and stipulate that the trial date and trial confirmation should be vacated.

IT IS SO STIPULATED.

Dated: July 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: July 5, 2023

/s/ CHRISTINA M. CORCORAN
CHRISTINA M. CORCORAN
Counsel for Defendant
DAVID AGUSTUS McGOWAN

IT IS SO ORDERED.

Dated:   July 7, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2