1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00253-ADA-BAM |
|---|---|---|
| 12 | Plaintiff, | STIPULATION TO SET CHANGE OF PLEA; ORDER |
| 13 | v. | |
| 14 | DAVID AGUSTUS McGOWAN, | |
| 15 | Defendant. | |

16

17

18                          **STIPULATION**

19     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21     1.   A written plea agreement was filed in this matter on July 5, 2023.

22     2.   By this stipulation, the parties agree to set a change of plea hearing for August 21, 2023,

23  at 8:30 a.m.

24  ///

25  ///

26  ///

27  ///

28  ///

   STIPULATION; [PROPOSED] ORDER                    1

3.

4. Time was previously excluded to and through October 24, 2023, the date originally set for trial

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 11, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ KAREN A. ESCOBAR*<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: July 11, 2023 | */s/ CHRISTINA M. CORCORAN*<br>CHRISTINA M. CORCORAN<br>Counsel for Defendant<br>DAVID AGUSTUS McGOWAN |

IT IS SO ORDERED.

Dated: July 13, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION; [PROPOSED] ORDER

2